FILED IN OPEN COURT
ON 2/21/18 SWi
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:16-CR-30-3FL

UNITED STATES OF AMERICA )
)
v. )
)
TREMAINE JAMAL ANDERSON )

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on November 15, 2016 and the Consent to Forfeiture on February 20, 2018, the following property is hereby forfeitable pursuant to 19 U.S.C. § 1607-09 made applicable to this proceeding by virtue of 18 U.S.C. § 3051(c), as a firearm used in a knowing violation of 18 U.S.C. § 924(c)(1)(A), to wit, a a .410 Judge Revolver, Serial Number GT806125, and any and all accompanying ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and the Consent to Forfeiture as to the defendant TREMAINE JAMAL ANDERSON, the United States is hereby authorized to seize the

above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 21st day of Feb, 2018.

LOUISE W. FLANAGAN
United States District Judge